UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUIS A. GARCIA SAZ, and wife,
MARIA DEL ROCIO BURGOS GARCIA,**

**Plaintiffs,**

**vs.**

**Case No. 8:13-cv-00220-T-27TBM**

**CHURCH OF SCIENTOLOGY RELIGIOUS
TRUST,** *et al.,*

**Defendants.**

_____/

## ORDER

**BEFORE THE COURT** are three motions to compel arbitration, one each filed by Defendants Flag Church and Ship Church (Dkt. 8), Defendant Church of Scientology Religious Trust (Dkt. 15) and Defendant U.S. IAS Members Trust IAS (Dkt. 18). On October 21, 2013, Defendants U.S. IAS Members Trust IAS, IAS Administrations, Inc., and Church of Scientology Religious Trust moved to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction. On November 12, 2013, the case was stayed pending resolution of subject matter jurisdiction. (Dkt. 98). On December 6, 2013, the parties were given leave to conduct discovery limited to the issue of diversity jurisdiction, to be completed within ninety days. (Dkt. 99). Accordingly, at this time, a ruling on the motions to compel arbitration (Dkts. 8, 15, 18) is **DEFERRED** pending a resolution of subject matter jurisdiction.

**DONE AND ORDERED** this _14th_ day of January, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record