UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:13-CV-220-T-27TBM | DATE: | September 4, 2014 |
|---|---|---|---|
| **HONORABLE JAMES D. WHITTEMORE** | | | |
| **MARIA DEL ROCIO BURGOS GARCIA, et al.,** Plaintiff(s), v. | | **PLAINTIFF'S COUNSEL** Theodore Babbit | |
| **CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC., et al.,** Defendant(s). | | **DEFENSE COUNSEL** F. Wallace Pope, Jr. Robert Potter | |
| **COURT REPORTER:** Lynann Nicely | | **DEPUTY CLERK:** | Anne H. Ohle |
| **TIME:** 2:30 PM - 3:35 PM    **TOTAL:** 1/05 | | **COURTROOM:** | 13B |

**PROCEEDINGS:    MOTION HEARING**

Defendants' Renewed Motion to Compel Arbitration and to Stay Proceedings (Dkt. 120).

Court hears argument by counsel.

Court reserves ruling at this time.

Written Order to follow.