**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:13-CV-220-T-27TBM | **DATE:** | February 19, 2015 |
|---|---|---|---|
| **HONORABLE JAMES D. WHITTEMORE** | | | |
| **LUIS A. GARCIA SAZ, et al.,** <br>              Plaintiffs, <br> v. <br><br> **CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,** <br>              Defendants. | | **PLAINTIFFS' COUNSEL** <br> Theodore Babbitt <br><br><br> **DEFENSE COUNSEL** <br> F. Wallace Pope, Jr. <br> Robert Potter | |
| **COURT REPORTER:** Lynann Nicely | | **DEPUTY CLERK:** | Anne H. Ohle |
| **TIME:** 9:00 AM - 12:10 PM  **TOTAL:**    3/10 | | **COURTROOM:** | 13B |

**PROCEEDINGS:**    **EVIDENTIARY MOTION HEARING - Day 2**

**Renewed Motion to Compel Arbitration and to Stay Proceedings of Flag Church and Ship Church Regarding Amended Complaint (Dkt. 120).**

Defendants' witnesses: Resume with video deposition of Mike Ellis, video deposition of Sherman Lenske, Allan Cartwright.

Defendants Rest.

Plaintiffs' witnesses:  Hayden James, Christie Collburn.

Plaintiffs Rest.

Argument by counsel.

Court reserves ruling.

Court adjourned.