Marcel Wenger
Reckenbühlstr. 1
6005 Luzern
Switzerland

Judge James D. Whittemore
US District Court
Middle District of Florida
801 North Florida Avenue
Tampa, FL 33602
U.S.A.

Lucerne, July 1st, 2016

Dear Judge Whittemore,

8:13cv220-T-27TBM

I'm writing to you concerning the alleged <u>arbitration process</u> of the Church of Scientology, which in my opinion and experience <u>does not exist and is a blatant lie.</u>

I have been a member of the Church of Scientology since 1971.

On March 5, 2012 however I wrote my letter of resignation and asked for the return of funds prepaid for services. (Attachment 1)

I received an answer on April 16, 2012 informing me that since I had resigned I was not eligible for the procedures of the Claims Verification Board and that I would not get my money back. (2)

I've been following the Garcia's case on-line and as the International Justice Chief, Mike Ellis contended that there was an internal system of arbitration, on March 20, 2015 I wrote to the Flag Service Organization in Clearwater asking for a Committee of Evidence. (3)
I also sent a copy to the the IRS, in Cincinnati) (4).

On April 7, 2015 I got an answer from the Legal Bureau telling me to write to the Int. Justice Chief in Los Angeles. (5).

I did so on May 3rdn2015. (6)

Since I received no answer, I wrote again on April 18, 2016 (6) this time by registered mail (7), but again have received no answer whatsoever.

I'm not surprised, after all, in the 40 some years in the Church of Scientology, prior to the Garcia's law suit, I had never heard of a Committee of Evidence being convened in regards to a repayment or refund.

Sincerely

*[signature]*
Marcel Wenger

Attachments 1-7 as mentioned above



Marcel Wenger, Reckenbühlstr. 1, 6005 Luzern, Switzerland. Tel. 011 41 41 410 30 79

Church of Scientology
Flag Service Organization
210 South Fort Harrison Ave
Clearwater, FL 33756
USA

Lucerne, March 5th 2012

## RESIGNATION OF MEMBERSHIP

I herewith resign from the Church of Scientology and from the International Association of Scientologist.

I also ask for repayment of funds I still have on account at Flag and at the FSSO.

I include copies of the statements of FLAG. with a balance of $ 21,538.25

Add to this about 25 hrs unused, that I still have left in my pc-folder.

Add also prepaid accommodations at the Sandcastle.

At the FSSO according to the attached statements I have another $ 4'690.— on account, as well as prepayments on accommodations.

I have discussed this thoroughly with the local OSA terminal Jürg Stettler and do not wish to discuss this any further with anyone.

I hope this cycle can be handled speedily. Please note, that I will do ANYTHING necessary for it to be completed soon.

Marcel Wenger

PS: I had joint accounts with my wife, Janine. She passed away early this year and I'm her sole heir. Proof of this can be provided if necessary.

PS.2. I also sent the same letter to the FSSO



*Church of Scientology Flag Service Organization*
*503 Cleveland Street, Clearwater, Florida 33755*
*Tel.: (727) 445-4338 • Fax: (727) 467-6875*



April 16, 2012

Marcel Wenger
Reckenbuhlstr. 1
6005 Luzern
Switzerland

Re: Your Repayment Request

Dear Mr. Wenger:

I have received your letter of March 5th regarding your repayment request and resignation from the Church. I am sorry to hear of your wife's passing.

Under well-established Scientology policy and as set forth in your enrollment forms, a request for a repayment or refund is within the discretionary authority of the Claims Verification Board. A person seeking a repayment must personally complete and submit the CVB routing form which, among other things, includes participation in a Chaplain handling, going in session and seeing other terminals in the organization.

When you enrolled for services, you signed an Enrollment Form, in which you agreed to the following:

> "10. I further understand, acknowledge and agree that the church is under no duty whatsoever to return any portion of any religious donation received from me. However, I further understand and acknowledge that under certain circumstances provided for in the published ecclesiastical policies specifically including Scientology Policy Directive Return of Donations (which is available upon request) and procedures of the Claims Verification Board, a return of donations may be obtained through my strict compliance with those published policies and procedures. I further acknowledge and agree that such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys, and that such returns of donations are exclusively within the

ecclesiastical authority of the Claims Verification Board and at the sole discretion of the Church. I further understand, acknowledge and agree that any violation of or deviation from such published policies or this paragraph by me voids any possibility of my receiving a return of donation."

In short, you would need to do the full CVB routing form in order to have your request reviewed by CVB. In your letter you state you have discussed your situation thoroughly with Mr. Stettler and do not wish to discuss this any further with anyone. If this is the case that you have resigned from the Church, you are no longer able to do the CVB Routing Form.

Regarding your request for repayment of funds on account for accommodations, those are not religious services or donations. A check will be sent to you for accommodations in the amount of $1,663.32.

You need to handle your request for repayment of donations for religious services from FSSO with that Church as Flag and FSSO are entirely separate religious organizations, however, the same policy applies there as well.

Sincerely,

Maddie Hooper
Legal Assistant
Church of Scientology
Flag Service Organization



Marcel Wenger, Reckenbühlstr. 1, 6005 Luzern, Switzerland. Tel. 011 41 41 410 30 79

Church of Scientology
Flag Service Organization
HCO
210 South Fort Harrison Ave
Clearwater, FL 33756
USA

Lucerne, March 20th 2015

Dear Sir,

In a recent law suit at the District Court of Florida the International Justice Chief contended that an internal justice system (i.e. Comm. ev) existed to decide on financial claims.

On April 16 2012 I had been informed by legal assistant Maddy Hooper that I cannot do the routing form to claim prepayments made to FSO as I was declared. HCOPL 7.3.1965RB1 SUPPRESSIVE ACTS was attached. It lists under Suppressive Acts:

"Demanding the return of any or all fees paid for standard training or processing actually received or received in part and still available but undelivered only because of departure of the person demanding (the fees must be refunded but the this policy applies) "

As you can see it also says: THE FEES MUST BE REFUNDED...

I herewith request a comm.ev to arbitrate on my request of repayment of moneys I have on account at the FSO and FSSO.

Sincerely

*[signature]*
Marcel Wenger

cc: to the Internal Revenue System in Cincinnati

Attached: Statement of accounts



Marcel Wenger, Reckenbühlstr. 1, 6005 Luzern, Switzerland. Tel. 011 41 41 410 30 79

Internal Revenue Service
Department of the Treasury
Ms. Cindy Thomas
Manager Exempt Organizations
Determinations
P.O. Box 2508
Cincinnati, OH 45201
U.S.A.



Lucerne, March 20th 2015

Repayment request from the Church of Scientology

Dear Ms. Thomas,

I'm addressing this letter to you, as I had contacted you in April 2012 re. my repayment-request from the Church of Scientology. (That is money I had prepaid for services and had on my account at the Flag Service Organization)
I was informed by the Church that I would not be repaid. Also legal help sought was to no avail.
As you may know there was a court case recently in Florida where the Church contended having an internal justice procedure that could be requested to decide on this kind of matter.
I have therefore written to the the Church and asked for a so called Comm. Ev. to be convened on my part.
So this letter is to inform you of this.
I attach the letter to the Church. Should you need additional information please feel free to contact me.
Thank you very much for looking into the matter.

Yours sincerely

Marcel Wenger



Church of Scientology Flag Service Organization
503 Cleveland Street, Clearwater, Florida 33755
Tel.: (727) 445-4338 • Fax: (727) 467-6875



April 7, 2015

Marcel Wenger
Reckenbuhlstr. 1
6005 Luzern
Switzerland

Re: Your Request for Comm Ev

Dear Mr. Wenger:

I have received your letter of March 20, 2015 regarding your request for a Committee of Evidence to arbitrate your return of donations.

As covered in the enrollment agreements you signed: "I understand and acknowledge that the Church's religious dispute resolution procedure includes application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church – Church of Scientology International – ('IJC') or his designate."

Therefore, the correct person to send your request to is:

International Justice Chief
6331 Hollywood Blvd.
Los Angeles, CA 90028

Sincerely,

Maddie Hooper
Legal Assistant
Church of Scientology
Flag Service Organization

Marcel Wenger, Reckenbühlstr. 1, 6005 Luzern, Switzerland. Tel. 011 41 41 410 30 79

International Justice Chief
Church of Scientology International
6331 Holywood Blvd.
Los Angeles, CA
USA



Lucerne, May 3, 2015

Dear Terminal,

In a recent law suit at the District Court of Florida the International Justice Chief contended that an internal justice system (i.e. Comm. ev) existed to decide on financial claims.

On April 16 2012 I had been informed by legal assistant Maddy Hooper that I cannot do the routing form to claim prepayments made to FSO as I was declared. HCOPL 7.3.1965RB1 SUPPRESSIVE ACTS was attached. It lists under Suppressive Acts:

"Demanding the return of any or all fees paid for standard training or processing actually received or received in part and still available but undelivered only because of departure of the person demanding (the fees must be refunded but the this policy applies) "

As you can see it also says: THE FEES MUST BE REFUNDED...

I herewith request a comm.ev to arbitrate on my request of repayment of moneys I have on account at the FSO and FSSO.

Sincerely

Marcel Wenger

cc: to         the Internal Revenue System in Cincinnati

Attached: Statement of accounts



```
                              6000 Luzern 4 Obergrund
                              18.04.2016 / 15:53 / S3
```

## Bestätigung
## Quittung

```
Post CH AG
Wankdorfallee 4
3030 Bern
UID: CHE-116.302.542 MWST
```

|  | CHF |
|---|---|
| 2 Fotokopien (7) | 0.40 |
| 1 Stand.Brief PRIO üb Länd -50g | 9.80 |
| Nr RC739674104CH | |
| kg 0.027 | |
| R-Brief Ausland | |
| Empfänger: | |
| International Hustice Chief | |
| 6931 Hollywood Blvd | |
| Los Angeles CA 90028 | |
| Vereinigte Staaten von Amerika | |
| 1 Stand.Brief PRIO üb Länd -50g | |
| kg 0.027 | 3.80 |
| Total CHF | |
| Bargeld ein | 14.00 |
| Rückgeld | -14.00 |
|  | 0.00 |
| (7): inkl. MWSt(8.0%) | 0.03 |



Code mit der Post-App scannen und Sendung(en) verfolgen.
Bewahren Sie diese Quittung sorgfältig auf.

www.post.ch

Kundendienst 0848 888 888

Besten Dank für Ihren Besuch

---

## CHF 10.– Rabatt auf das gesamte Sortiment von postshop.ch*



Um vom Rabatt zu profitieren, geben Sie den Rabattcode
«PSCH45» bei der Bestellübersicht im Zahlungsprozess ein.

*Bis am 20.5.2016 erhalten Sie CHF 10.– Rabatt ab einem Einkauf von CHF 50.– auf postshop.ch. Nicht kumulierbar mit anderen Rabattcodes und nicht gültig für Vignetten, Philatelieartikel, gelbe Identifikationen, Geschenkgutscheine, Geschenkkarten, Online-Fotoservice, Handy-Guthaben, elektronische Telefonkarten und Lotterie. Nur für registrierte Kunden.