Cindy Plahuta
PO Box 55, Castle Rock, CO 80104

June 28th, 2016

Honorable Judge James D. Whittemore
US Courthouse Tampa Division
801 N. Florida Avenue
Tampa, FL 33602

RE: Case No. 8:13-cv-00220-JDW-TBM

Dear Judge,

I have been following the case of *Garcia vs Church of Scientology* since it was filed. Both my husband and I pre-paid money to Scientology for services we never received, and paid other monies under fraudulent pretense. We have requested a return of this money repeatedly, but to no avail. The Garcia-case could affect me, my family and so many people that I know are in the same situation.

Following the ruling the Court made directing the Garcias to engage in scientology's arbitration I sent a letter to The Church of Scientology's Justice Chief, Mr. Mike Ellis, requesting arbitration for me and my husband. The letter was sent via US mail and certified as well. The certified letter was returned unopened, and I have not heard from Mr, Mike Ellis or anyone else regarding our request for arbitration. I have included a copy of the letter we sent. Please do read it. I personally know of several other people whose requests for arbitration to Mr. Mike Ellis have also been ignored.

Please understand that the Church of Scientology has never conducted a single arbitration in its history. They just don't do it. They ignore everyone's requests or pleas. The only reason they are communicating with the Garcias, pretending to attempt to conduct an arbitration, is because they sued and their case is under the court's scrutiny.

I felt the Court should know that this so called "arbitration" is a sham. It leaves us all with no recourse whatsoever.

Sincerely,

*Cindy Plahuta*
Cindy Plahuta

International Justice Chief

Mr. Mike Ellis

Church of Scientology International

6331 Hollywood Blvd.

Los Angeles, CA 90028


Dear Mr. Ellis,

According to the Church of Scientology enrollment agreements signed by us, we are hereby requesting an Arbitration for return of pre-payments as well as donations, from the following organizations:

**Freewinds $500**

LA ORG $500

AOLA $5750

ASHO $1000

Planetary Dissemination $2500

Sincerely,

Cindy & Matt Plahuta

*Cindy Bernot Plahuta*