UNITED STATES DISTRIST COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

     Plaintiffs,

Vs.                              CASE NO. 8:13-CV-220-T27 TBM

CHURCH OF SCIENTOLOGY RELIGIOUS
TRUST; CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC. d/b/a MAJESTIC
CRUISE LINES; IAS ADMINISTRATIONS, INC.;
U.S. IAS MEMBERS TRUST.

     Defendants.

_____/

### OCTOBER 30, 2016 JOINT STATUS REPORT
### ADVISING STATUS OF ARBITRATION

By order dated August 3, 2016 this court directed the parties to file a joint monthly report advising of their efforts to commence arbitration.

During the month of October 2016 Luis and Maria Garcia and the International Justice Chief/Church of Scientology International exchanged the attached 4 letters regarding potential arbitrators.

1.     October 25, 2016 letter from International Justice Chief.

2.     October 26, 2016 letter from Mr. Garcia.

3.     October 29, 2016 letter from International Justice Chief

4.     October 31, 2016 letter from International Justice Chief

BABBITT & JOHNSON, P.A.         JOHNSON, POPE, BOKOR,
                                    RUPPEL & BURNS, LLP\

/s/ Theodore Babbitt
Theodore Babbitt
Florida Bar No: 09114
tedbabbitt@babbitt-johnson.com
1641 Worthington Rd., Suite 100
West Palm Beach, FL 33402-4426
(561) 684-2500

/s/ Robert V. Potter
Robert V. Potter
Florida Bar No: 363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365-fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Robert V. Potter
Robert V. Potter
Florida Bar No 363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365-fax
Attorneys for Flag Church & Ship Church

# 3658694