UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

    Plaintiffs,

Vs.                                  CASE NO. 8:13-CV-220-T27 TBM

CHURCH OF SCIENTOLOGY RELIGIOUS
TRUST; CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC. d/b/a MAJESTIC
CRUISE LINES; IAS ADMINISTRATIONS, INC.;
U.S. IAS MEMBERS TRUST.

    Defendants.
_____/

### NOVEMBER 30, 2016 JOINT STATUS REPORT
### ADVISING STATUS OF ARBITRATION

By order dated August 3, 2016 this court directed the parties to file a joint monthly report advising of their efforts to commence arbitration.

During the month of November 2016 Luis and Maria Garcia and the International Justice Chief/Church of Scientology International exchanged the attached 2 letters regarding potential arbitrators.

    1.    November 27, 2016 letter from International Justice Chief.

    2.    November 27, 2016 letter from International Justice Chief.

| BABBITT & JOHNSON, P.A. | JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP\ |
|---|---|
| /s/ Theodore Babbitt | /s/ Robert V. Potter |
| Theodore Babbitt | Robert V. Potter |
| Florida Bar No: 09114 | Florida Bar No: 363006 |

| | |
|---|---|
| tedbabbitt@babbitt-johnson.com<br>1641 Worthington Rd., Suite 100<br>West Palm Beach, FL  33402-4426<br>(561) 684-2500 | bobp@jpfirm.com<br>Post Office Box 1368<br>Clearwater, Florida 33757<br>(727) 461-1818; (727) 462-0365-fax |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Robert V. Potter
Robert V. Potter
Florida Bar No  363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365-fax
*Attorneys for Flag Church & Ship Church*

3777030



# CHURCH OF SCIENTOLOGY INTERNATIONAL

November 27, 2016

Luis and Rocio Garcia
6 Corona
Irvine, CA 92603

**Re: Scientology Arbitration**

Dear Mr. Garcia;

    A copy of my letter of October 29, 2016 to you is attached. You have not provided a response to the question I posed in the second paragraph:

    "I therefore request that you disclose any contacts with Mr. Smith-Levin about this arbitration by anyone, including your consultant Mike Rinder, so that we may have all the facts."

    May I please have a response?

Sincerely,

*[signature]*
Mike Ellis

---



# CHURCH OF SCIENTOLOGY INTERNATIONAL

INTERNATIONAL JUSTICE CHIEF

October 29, 2016

Luis and Rocio Garcia
6 Corona
Irvine, CA 92603

Re: **Scientology Arbitration**

Dear Mr. Garcia,

    I acknowledge receipt of your letter of October 26, 2016, in which you state that Mr. Smith-Levin's contact to Mr. Orlando in connection with his potential participation in this arbitration was made without your knowledge. Mr. Orlando, however, specifically stated that he was contacted by Mr. Smith-Levin in regard to your arbitration.

    I therefore request that you disclose any contacts with Mr. Smith-Levin about this arbitration by anyone, including by your consultant Mike Rinder, so that we may have all the facts.

Sincerely,

*(signature)*

Mike Ellis
International Justice Chief



# CHURCH OF SCIENTOLOGY INTERNATIONAL

November 27, 2016

Luis and Rocio Garcia
6 Corona
Irvine, CA 92603

**Re: Scientology Arbitration**

Dear Mr. Garcia;

You proposed Dana Ballerini to be an arbitrator. I then wrote to Mr. Ballerini to find out if he would be willing and available to participate in this arbitration.

After several unsuccessful attempts to contact Mr. Ballerini, I was able to reach him at a new address on November 18th. He responded stating that he is not able to make the time commitment needed to participate as an arbitrator. Accordingly, you should submit the name of another Scientologist in good standing to serve as an arbitrator.

To assist in this, I include an additional 20 names of Scientologists in good standing who have agreed to serve, but who have no knowledge of your identity or the nature of the dispute. You are not obligated to select someone from the list of names I have provided you as an aid to the selection process, but the person you submit must be a Scientologist in good standing.

Sincerely,

*[signature]*

Mike Ellis

6331 Hollywood Boulevard, Suite 1200, Los Angeles, CA 90028 USA
Telephone: (323) 960-3500 • Fax: (323) 960-3508/9