UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

    Plaintiffs,

Vs.                        CASE NO. 8:13-CV-220-T27 TBM

CHURCH OF SCIENTOLOGY RELIGIOUS
TRUST; CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC. d/b/a MAJESTIC
CRUISE LINES; IAS ADMINISTRATIONS, INC.;
U.S. IAS MEMBERS TRUST.

    Defendants.
_____/

### DECEMBER 30, 2016 JOINT STATUS REPORT
### ADVISING STATUS OF ARBITRATION

By order dated August 3, 2016 this court directed the parties to file a joint monthly report advising of their efforts to commence arbitration.

On December 12, 2016, Plaintiffs filed a renewed motion to waive arbitration (Doc. 220). The parties have agreed that the Defendants will respond to that motion no later than January 11, 2017.

| BABBITT & JOHNSON, P.A. | JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP\ |
|---|---|
| */s/ Theodore Babbitt* | */s/ Robert V. Potter* |
| Theodore Babbitt | Robert V. Potter |
| Florida Bar No: 09114 | Florida Bar No: 363006 |
| tedbabbitt@babbitt-johnson.com | bobp@jpfirm.com |
| 1641 Worthington Rd., Suite 100 | Post Office Box 1368 |
| West Palm Beach, FL 33402-4426 | Clearwater, Florida 33757 |
| (561) 684-2500 | (727) 461-1818; (727) 462-0365-fax |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                  JOHNSON, POPE, BOKOR,
                                  RUPPEL & BURNS, LLP

                                  */s/ Robert V. Potter*
                                  Robert V. Potter
                                  Florida Bar No 363006
                                  bobp@jpfirm.com
                                  Post Office Box 1368
                                  Clearwater, Florida 33757
                                  (727) 461-1818; (727) 462-0365-fax
                                  *Attorneys for Flag Church & Ship Church*