UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

      Plaintiffs,

Vs.                                                  CASE NO. 8:13-CV-220-T27 TBM

CHURCH OF SCIENTOLOGY RELIGIOUS
TRUST; CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC. d/b/a MAJESTIC
CRUISE LINES; IAS ADMINISTRATIONS, INC.;
U.S. IAS MEMBERS TRUST.

      Defendants.
_____/

## MARCH 2017 JOINT STATUS REPORT
## ADVISING STATUS OF ARBITRATION

By order dated February 7, 2017 this court directed the parties to file a joint status report advising of their efforts to commence arbitration.

1. During calendar 2016 the Defendant provided 120 names of potential arbitrators all of whom are members in good standing. Plaintiffs declined to select any of them.

2. During calendar 2016 the Plaintiffs proposed 52 persons as potential arbitrators.

3. Three of the persons proposed by Plaintiff in calendar 2016 were found to be in good standing but each declined to serve as an arbitrator. 49 of the persons proposed by Plaintiff were found to lack good standing.

4. During calendar 2017 the Defendant provided 120 additional names of potential arbitrators all of whom are members in good standing. To date Plaintiffs have declined to select any of them.

5. During calendar 2017 the Plaintiffs proposed 1 person as a potential arbitrator who was found to lack good standing.

6. The attached letter dated March 11, 2017 was sent from the IJC to Mr. and Mrs. Garcia.

| | |
|---|---|
| BABBITT & JOHNSON, P.A. | JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP\ |
| /s/ Theodore Babbitt | /s/ Robert V. Potter |
| Theodore Babbitt | Robert V. Potter |
| Florida Bar No: 09114 | Florida Bar No: 363006 |
| tedbabbitt@babbitt-johnson.com | bobp@jpfirm.com |
| 1641 Worthington Rd., Suite 100 | Post Office Box 1368 |
| West Palm Beach, FL 33402-4426 | Clearwater, Florida 33757 |
| (561) 684-2500 | (727) 461-1818; (727) 462-0365-fax |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March __30TH__, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

> JOHNSON, POPE, BOKOR,
> RUPPEL & BURNS, LLP
>
> /s/ Robert V. Potter
> Robert V. Potter
> Florida Bar No 363006
> bobp@jpfirm.com
> Post Office Box 1368
> Clearwater, Florida 33757
> (727) 461-1818; (727) 462-0365-fax
> *Attorneys for Flag Church & Ship Church*

3959921