

# CHURCH OF SCIENTOLOGY INTERNATIONAL

## INTERNATIONAL JUSTICE CHIEF

March 11, 2017

Luis and Rocio Garcia
6 Corona
Irvine, CA 92603

**Re: Scientology Arbitration**

Dear Mr. and Mrs. Garcia;

I acknowledge receipt of your letter dated February 11, 2017.

You have submitted the name of Tim Johnson. Mr. Johnson is a declared suppressive person and therefore does not qualify to be an arbitrator. Despite the clear requirement of the enrollment agreement and despite the fact that you know many individuals who are in good standing, you are continuing to select individuals who are not qualified. I have recommended to you 140 such names to date, including some names you had written to yourself.

After I received you February 11 letter, I learned that Aaron Smith-Levin had made the following Facebook posting, which was immediately shared by your litigation consultant Mike Rinder:

> I just read the latest ruling in the Luis Garcia lawsuit this morning and can't fathom the court's decision thus far. So here is a survey for any willing to participate.
>
> If you were involved with Scientology and have drifted away in recent years, and if you have never spoken publicly against Scientology and HAVE NEVER BEEN INFORMED by Scientology that you are 'not in good standing', please private message me on Facebook. You have my word that neither your identity nor your message will be made public. Thank you.
>
> Pls share this survey far and wide.

6331 Hollywood Boulevard, Los Angeles, CA 90028 USA

It is clear that Smith-Levin is attempting to find individuals who are likely not in good standing, an act completely contrary to the intent of the enrollment agreements which you signed, and equally contrary to the judge's admonition that the parties "diligently comply with the procedures" to select an arbitrator.

The Church takes the arbitration seriously and therefore I have compiled a list of 100 Scientologists who are in good standing with the Mother Church. As Scientologists who want to practice their religion, they are entitled to their privacy. Given the announced intention of your "consultant" Mr. Rinder and his employer Mr. Smith-Levin to conduct some kind of "survey," and the accompanying risk of harassment, I am only providing these names on the basis that they have been given solely for your use in selecting a qualified arbitrator and that you will not disclose them in any manner to anyone. Be aware that any violation of the privacy rights of these individuals will not be tolerated.

Under these conditions, I have attached this list of names. They all reside in California, which is for your convenience, so that the arbitration you requested can take place in the greater Los Angeles area. They are all Scientologists in good standing. I have confirmed that each of these individuals would be willing to participate in an arbitration (without in any way briefing them on what the arbitration was about or your name). Neither you nor anyone acting on your behalf is to contact any of these people, pursuant to Scientology policies of which you are fully aware. As noted above, this list is solely for your use in selecting an arbitrator.

I am ready to convene the arbitration as soon as the arbitrators are selected. In the event that you do not select one of the 240 names I have provided, then you should send me a minimum of 50 names at once, instead of doling out your names one at a time. I understand that you had some kind of a mailing list of Scientologists. You can use that. You were on the OT Committee in Orange County and you knew many parishioners at Flag. Selecting a qualified arbitrator does not have to be difficult.

I await your response.

Sincerely,

Mike Ellis
International Justice Chief

2