# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MARIA DEL ROCIO BURGOS GARCIA,**
**and LUIS A. GARCIA SAZ,**

**Plaintiffs,**

vs.                                              **Case No. 8:13-cv-220-T-27TBM**

**CHURCH OF SCIENTOLOGY FLAG**
**SERVICE ORGANIZATION, INC.,**
**CHURCH OF SCIENTOLOGY FLAG**
**SHIP SERVICE ORGANIZATION, INC.,**

**Defendants.**
_____/

## ORDER

On April 10, 2017, after finding that the parties had reached an impasse in the selection of arbitrators, Defendants agreed to, and were directed to, file an application under Section 5 of the Federal Arbitration Act for the appointment of three arbitrators in accordance with the arbitration agreement, and provide to chambers under seal and in camera 500 Scientologists in good standing in the greater Los Angeles, California area, selected at random. The list was to include each individual's address, occupation, and phone number, and identify any individual on the list who is employed by Defendants. Defendants have submitted, in camera, a list of five hundred individuals, but have failed to provide the phone numbers and occupations of the individuals. Accordingly, Defendants are directed to comply with the April 10 Order in all respects within **ten (10) days**, failing which sanctions will be imposed.

**DONE AND ORDERED** this _/5_ day of May, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

1