UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA DEL ROCIO BURGOS GARCIA,
and LUIS A. GARCIA SAZ,

      Plaintiffs,

vs.                                            Case No. 8:13-cv-220-T-27TBM

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.,
CHURCH OF SCIENTOLOGY FLAG
SHIP SERVICE ORGANIZATION, INC.,

      Defendants.
_____/

## ORDER

      Pursuant to the Court's April 10, 2017 and May 18, 2017 Orders, the attached letter has been mailed with stamped return envelopes to twenty individuals randomly selected from the list of 500 Scientologists in good standing submitted by Defendants. A hearing is set for **Monday, August 21, 2017 at 3:00 P.M. in Courtroom 13B of the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave, Tampa, FL 33602** to determine a time and place for arbitration.

      **DONE AND ORDERED** this 28th day of June, 2017.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to: Counsel of Record

attachment