DATE

NAME
ADDRESS
ADDRESS

Dear _____:

     The Honorable James D. Whittemore presides over a lawsuit between two former Scientologists and two Scientology churches. At the request of the Scientology churches, and pursuant to the arbitration provision of the Scientology Enrollment Agreements entered into by the parties, the parties have been directed to arbitrate their dispute.

     You have been identified by the Church of Scientology as a Scientologist in good standing, and therefore qualify to serve as an arbitrator. The purpose of this correspondence is to confirm your availability to serve as one of three arbitrators. Once selected, the arbitrators will be instructed by the International Justice Chief of the requirement of applying Scientology principles to the dispute in a neutral and fair manner. The arbitration will take place in the greater Los Angeles area within the next three months, at a location to be determined.

     To preserve the integrity of the arbitration, it is important that you not discuss this matter with others, unless directed to by the court. Any communication, including your response to this correspondence, should be made in writing directly to:

The Honorable James D. Whittemore, United States District Judge
c/o Clerk of Court for the United States District Court for the Middle District of Florida
George C. Young U.S. Courthouse & Federal Building
401 West Central Boulevard
Room 1200
Orlando, Florida 32801

     Please answer one of the following questions and return your response on or before July 12, 2017 in the enclosed envelope. Your information has not been and will not be used for any purpose other than the selection of the arbitrators. On behalf of the parties, your consideration is greatly appreciated.

Sincerely,


Clerk, United States District Court, Middle District of Florida

_____ I am available to serve as an arbitrator.

_____ I am unavailable to serve as an arbitrator.