EXHIBIT "A"



**WINDSTAR CRUISES**
2101 4TH AVENUE, SUITE 210 | SEATTLE, WASHINGTON 98121
800-258-7245 | FAX 206-733-2790 | WINDSTARCRUISES.COM

## BOOKING INFORMATION

Booking: 20015925

Agent: IVY GOMBERG
TRAVEL EMPORIUM

Delivery Information: TRAVEL EMPORIUM
P.O. BOX 33059
PALM BEACH GARDENS, FL 33410

MR. THEODORE BABBITT

Flight Req: DEVIATION

Insurance/Waiver: Cancellation coverage for medical reasons only
Insurance Purchase Date: 05/25/17

Guest Type: REGULAR

---

**WINDSTAR CRUISES**
2101 4TH AVENUE, SUITE 210 | SEATTLE, WASHINGTON 98121
800-258-7245 | FAX 206-733-2790 | WINDSTARCRUISES.COM

## CRUISE INFORMATION

Booking: 20015925

Scandinavian Tapestry 11D STO-LEI

MR. THEODORE BABBITT

| | |
|---|---|
| Ship: | Wind Surf |
| Cabin: | 502 |
| Category: | BRS |
| Deck: | Bridge Deck |
| Bedding: | |

Check-In: 22-Aug-17  1:00 pm
Check-Out: 2-Sep-17  10:00 am

Embarkation: STOCKHOLM (Port)
Pier: STADSGÅRDEN 160, STOCKHOLM

Disembarkation: EDINBURGH/LEITH (Port)
Pier: LEITH CRUISE TERMINAL

---

**WINDSTAR CRUISES**
2101 4TH AVENUE, SUITE 210 | SEATTLE, WASHINGTON 98121
800-258-7245 | FAX 206-733-2790 | WINDSTARCRUISES.COM

## AIR INFORMATION

Booking: 20015925

MR. THEODORE BABBITT

Request Type: DEVIATION

| Itin Idx | Carrier Code | Flight Nbr | Operated By | Airport From | Code | Depart Date | Depart Time | Airport To | Code | Arrival Date | Arrival Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AA | 206 | | MIAMI | MIA | 21-Aug-17 | 5:10pm | LHR | LHR | 22-Aug-17 | 6:40am |
| 2 | AA | 774 | | HEATHROW LONDON AIRPORT | LHR | 22-Aug-17 | 9:15am | ARN | ARN | 22-Aug-17 | 12:45pm |
| 3 | AA | 1441 | | EDINBURGH INTERNATIONAL | EDI | 4-Sep-17 | 10:05am | LHR | LHR | 4-Sep-17 | 11:40am |
| 4 | AA | 209 | | HEATHROW LONDON AIRPORT | LHR | 4-Sep-17 | 1:45pm | MIA | MIA | 4-Sep-17 | 6:15pm |