UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA DEL ROCIO BURGOS GARCIA,
and LUIS A. GARCIA SAZ,

    **Plaintiffs,**

vs.                                  Case No. 8:13-cv-220-T-27TBM

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.,
CHURCH OF SCIENTOLOGY FLAG
SHIP SERVICE ORGANIZATION, INC.,

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Unopposed Motion for Continuance of the August 21, 2017 Hearing (Dkt. 248). Upon consideration, the Motion is granted to the extent that the hearing is rescheduled for **Tuesday, August 15, 2017 at 4:00 P.M. in Courtroom 13B of the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave**, Tampa, FL 33602. The parties are directed to confer and recommend to the Court a date, time, and location for arbitration no later than **August 11, 2017**.

**DONE AND ORDERED** this 27th day of July, 2017.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

1

Copies to: Counsel of Record

attachment