# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: 8:13-cv-220-T-27TBM | DATE: August 15, 2017 | |
|---|---|---|
| **HONORABLE JAMES D. WHITTEMORE** | | |
| **LUIS A. GARCIA**<br>　　　　　　　　　　**Plaintiff,**<br>v.<br>**CHURCH OF SCIENTOLOGY FLAG SERVICE ORGNIZATION, INC., et al.,**<br>　　　　　　　　　　**Defendant.** | **PLAINTIFF'S COUNSEL:**<br>Theodore Babbitt (Pl.)<br><br>**DEFENSE COUNSEL:**<br>F. Wallace Pope, Jr. and<br>Eric Lieberman (Def.) | |
| **COURT REPORTER:** Lynann Nicely | **DEPUTY CLERK:** | Charmaine A. Black |
| **TIME:** 4:22 P.M. – 4:55 P.M.  **TOTAL:** 33 Minutes | **COURTROOM:** | 13B |

**PROCEEDING: MISCELLANEOUS HEARING**

Court in session.

Arbitration to begin: On or about October 23, 2017.

Reserve period: Three (3) weeks requested.

Location: Counsel requests that the location be kept confidential.

Time: Between 9:00 A.M. and 5:00 P.M.

The Court discusses the manner in which arbitrators are selected.

Documentation will be filed under seal.

The Clerk shall correspond with the arbitrators and advise them of the time and location.

An Order will be entered.