UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

    Plaintiffs,

vs.          CASE NO. 8:13-CV-220-T-27TBM

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC;
CHURCH OF SCIENTOLOGY FLAG
SHIP SERVICE ORGANIZATION, INC.

    Defendants.
_____/

## NOTICE OF FILING

The following are hereby filed and have been served on Plaintiffs' counsel.

The certification by defendant Church of Scientology Flag Service Organization, Inc. (FSO), is attached hereto as Exhibit 1.

The certification by defendant Church of Scientology Flag Ship Service Organization, Inc. (FSSO), is attached hereto as Exhibit 2.

The certification by counsel for defendants, Mr. Pope, is attached hereto as Exhibit 3.

The certification by counsel for defendants, Mr. Potter, is attached hereto as Exhibit 4.

The certification by counsel for defendants, Mr. Lieberman, is attached hereto as Exhibit 5.

          JOHNSON, POPE, BOKOR,
          RUPPEL & BURNS, LLP
          /s/ *Robert V. Potter*

F. Wallace Pope, Jr.
Florida Bar No. 124449
wallyp@jpfirm.com

Robert V. Potter
Florida Bar No 363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365-fax
*Attorneys for Flag Church & Ship Church*

Eric M. Lieberman
Rabinowitz, Boudin, Standard,
  Krinsky & Lieberman, P.C.
45 Broadway, Suite 1700
New York, NY 10006
elieberman@rbskl.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: THEODORE BABBITT, ESQUIRE, tedbabbitt@babbitt-johnson.com, and other counsel of record.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ *Robert V. Potter*
F. Wallace Pope, Jr.
Florida Bar No. 124449
wallyp@jpfirm.com

Robert V. Potter
Florida Bar No 363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365-fax
*Attorneys for Flag Church & Ship Church*

Eric M. Lieberman

Rabinowitz, Boudin, Standard,
  Krinsky & Lieberman, P.C.
45 Broadway, Suite 1700
New York, NY 10006
elieberman@rbskl.com