UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

    Plaintiffs,

vs.                                              CASE NO. 8:13-CV-220-T-27TBM

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.,
CHURCH OF SCIENTOLOGY FLAG
SHIP SERVICE ORGANIZATION, INC.

    Defendants.
_____/

## NOTICE OF CONCLUSION OF ARBITRATION

Defendants respectfully submit that the arbitration among the parties commenced on schedule on October 23, 2017 before the arbitrators the court assigned, and concluded on October 24, 2017. The arbitrators' findings and decision were sent to the plaintiffs by federal express for which delivery was confirmed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: THEODORE BABBITT, ESQUIRE, tedbabbitt@babbitt-johnson.com, and other counsel of record.

                                           JOHNSON, POPE, BOKOR,
                                           RUPPEL & BURNS, LLP

Of Counsel:                          /s/ *Robert V. Potter*
                                           F. Wallace Pope, Jr.
Eric M. Lieberman               Florida Bar No. 124449
Rabinowitz, Boudin, Standard,      wallyp@jpfirm.com

1

2

    Krinsky & Lieberman, P.C.  
61 Broadway, 18th Floor  
New York, NY 10006  
elieberman@rbskl.com

Robert V. Potter  
Florida Bar No. 363006  
bobp@jpfirm.com  
Post Office Box 1368  
Clearwater, Florida 33757  
(727) 461-1818; (727) 462-0365-fax  
*Attorneys for Flag Church & Ship Church*