UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

    Plaintiffs,

vs.                                            CASE NO. 8:13-CV-220-T27 TBM

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC. d/b/a MAJESTIC
CRUISE LINES,

    Defendants.
_____/

## DECLARATION OF MIKE ELLIS

I, MIKE ELLIS, depose and say:

    1.    I am over 18 years old. This declaration is based on my personal knowledge. If called upon to do so, I could and would testify competently to the facts set forth herein.

    2.    I am the International Justice Chief of the Church of Scientology International.

    3.    I am the senior authority on ecclesiastical justice matters in the Church, and as such, I am charged with construing and deciding matters of ecclesiastical justice procedures and substantive policy.

4. I have exercised my role with respect to the application of Mr. and Mrs. Garcia for arbitration of their disputes with various Scientology entities.

5. I was the Convening Authority for that arbitration and was present when the arbitration occurred on October 23 and 24, 2017.

6. During the first day, the arbitrators studied material I provided to them which included Church policies on justice proceedings that are used in all Scientology justice matters. I provided them with copies of these policies and gave copies of the same policies to the Garcias.

7. I also provided the arbitrators with a copy of the Garcias' Statement of Claims, including their original complaint in this action, a true and correct copy of which is attached as Exhibit 1. I later gave the arbitrators a letter from the Claims Verification Board ("CVB"), which was the response by the Church parties to the Garcias' claims. (A true and correct copy is attached as Exhibit 2.) I gave the Garcias a copy of the CVB's letter. The arbitrators were also given copies of the enrollment forms signed by the Garcias.

8. Exhibit 3 is a true copy of the written instructions I gave to the arbitrators on the first day of the arbitration, October 23, 2017. These instructions include the requirement that the arbitrators are to apply Scientology principles to the Garcias' claims in a neutral and fair manner. I repeated these instructions to them verbally.

9. The Garcias gave me 54 documents, totaling approximately 268 pages that they wanted to offer as evidence to the arbitration panel. I went through each of these documents carefully and determined, in accordance with Scientology Justice Procedures, whether each exhibit should be allowed or disallowed. Exhibit 4 is a true copy of an Exhibit Form I prepared during the arbitration which shows each exhibit offered by the churches and by the Garcias, a brief description of the exhibit, whether it was allowed or not and the grounds for disallowance. The exhibits I excluded were things like newspaper articles and internet postings having nothing to do with the Garcias' claims, incomplete documents, and Church policies with notations by Mr. Garcia. I admitted 22 of the exhibits proposed by the Garcias and provided them to the arbitrators.

10. Exhibit 5 consists of a true copy of one of the documents offered by the Garcias which I rejected. It is a copy of the Scientology Policy Directive RETURN OF DONATIONS, with a handwritten note by Mr. Garcia that says "squirrel," which is a Scientology term to describe something or someone that is violating Church doctrine. I disallowed this exhibit because I had previously provided the exact same Church policy to the arbitrators but without the denigrating comment, and because it is my role to decide what governing religious policies are for this arbitration.

11. During the first day of the arbitration, I divided my time equally between the Garcias and the arbitrators, spending a total of approximately one hour with each.

12. On the second day of the arbitration, the arbitrators met with the Garcias. I briefed everyone on the procedures. The arbitrators asked questions of the Garcias in accordance with Scientology justice procedures which included asking the Garcias at the conclusion of the questioning if they had anything else they wished to say or present. They did not do so.

13. When that portion of the arbitration was completed, the Garcias said they were not going to stay while the arbitrators made their findings. Mr. Garcia said they were leaving and asked to have the findings mailed to them.

14. I gave the arbitrators two forms to use in their deliberations. Exhibit 6 is a true copy of the Religious Arbitration Findings Form, which directed the arbitrators to address and make findings with respect to the relevant questions to be decided at the arbitration, based on all evidence the arbitrators obtained both in written form and verbal testimony from the Garcias. The copy is of the arbitrators' findings, and is signed by each of the arbitrators.

15. Exhibit 7 is a true copy of the Religious Arbitration Decision Form, which directed the arbitrators to deliver a decision with respect to each of the specific claims set forth by the Garcias in the arbitration. The copy is of the

arbitrators' decision, and is signed by them. The arbitrators conducted their deliberations in private and without interruptions or interference from anyone. The results of their decision making are contained in Exhibits 6 and 7.

16.   Throughout the arbitration, I repeatedly asked the Garcias for any evidence they wished to present. All written evidence that was relevant and competent was provided to the arbitrators in accordance with the Scientology justice procedures the Garcias had agreed to abide by. Similarly, the Garcias were given as much time as they needed to make their presentation to the arbitrators. The Garcias' meeting with the arbitrators was concluded when the Garcias had nothing further they wished to say.

17.   Exhibit 8 is the letter I sent to the Garcias with the Arbitrators' Findings and Decision Forms and a true and correct copy of the checks from the church parties to the Garcias in accordance with the Arbitrators' decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2018, in Los Angeles, California.

_____
MIKE ELLIS