

S C I E N T O L O G Y   R E L I G I O U S   A R B I T R A T I O N

_____

*In the Matter of the Arbitration with:*

   Luis & Maria Rocio Garcia

_____

October 23, 2017

## RELIGIOUS ARBITRATION INSTRUCTIONS

The Garcias have made the following claims for refunds of certain donations and payments as follows:

I.     Returns of advance donations (repayment) for services and payments for accommodations, as follows:

    A.  $37,413.56 from the Church of Scientology Flag Service Org (FSO) for services and religious retreat accommodations the Garcias did not avail themselves of.

    B.  $31,445.45 from the Church of Scientology Flag Ship Service Org (FSSO) for services and religious retreat accommodations the Garcias did not avail themselves of.

    C.  $10,000 from the Church of Scientology of Orange County (Orange County Org) for donations for services the Garcias did not avail themselves of.

II.    $40,410 from the International Association of Scientologists (IAS) and US IAS Members Trust (USIMT) for membership donations.

III.   $340,000 from the Church of Scientology Religious Trust (CSRT) for donations to the Super Power project (Flag building).

IV.   $510,000 from Orange County Org for donations to the Ideal Org fund.

This Scientology religious arbitration is to be conducted in strict accordance with Scientology ethics and justice policies.  I have attached the relevant policies.

You are to determine whether the Garcias followed the refund procedures required by policy.  A justice proceeding does not change policy, nor does it reinterpret policy. The key policy at issue in this arbitration is the RELIGIOUS SERVICES ENROLLMENT APPLICATION AGREEMENT AND GENERAL RELEASE (the Enrollment Form). The relevant portions are highlighted for your ease of reference.  You are to determine whether the Garcias' requests for refunds are valid, in whole or in part, according to Church policy as set out in the Enrollment Form, and, if so, in what amount. You should deliberate thoroughly and run good S-C-S during this arbitration, consider

policy carefully.  If you have questions about any of the Church policies, or wish to request word clearing if needed, please ask the International Justice Chief who will preside over this arbitration pursuant to my functions delineated in policy to:

- Operate as the only terminal for individuals who are declared Suppressive Persons;

- Prevent injustice by enforcement of the Ethics and Justice codes; and

- See to the proper handling of all petitions concerning Ethics and Justice matters.

This proceeding is to be conducted in accordance with the Scientology Justice Policies as written by L. Ron Hubbard using Scientology justice procedures.  Only relevant data, presented in accordance with Church policy, will be considered.  Any questions of relevance will be decided by me pursuant to Scientology justice.  Added inapplicable data, hearsay, third party, entheta or other irrelevance will not be admitted.  Keep your TRs in while dealing with persons declared Suppressive, who dramatize missed withholds.  It is unfortunate that no-gain cases generalize entheta and attempt to ARC break others; their overts are continuous, they have withholds and they cannot communicate freely.  With good 8C and a good comm cycle, you can get the job done.  This will require not allowing added itsa or the commission of further counter-survival acts across the dynamics, such as spreading rumors about prominent persons in Scientology, giving fragmentary or generalized reports about entheta, non-compliance with instructions or snarling about justice.  It is expected that this arbitration will be carried out in alignment with L. Ron Hubbard policies on refunds and justice without alter-is.

**You are to conduct this arbitration in a fair and neutral manner, notwithstanding the Garcias have been declared.**