

# SCIENTOLOGY RELIGIOUS ARBITRATION

October 23, 2017

*In the Matter of the Arbitration with:*

Luis & Maria Rocio Garcia

## RELIGIOUS ARBITRATION EXHIBIT FORM

(TO BE FILLED OUT BY THE INTERNATIONAL JUSTICE CHIEF)

*Purpose*: To keep an accurate record of the Knowledge Reports and other documents submitted to the religious arbitration panel, including all evidentiary determinations made by the International Justice Chief (IJC).

Before any document is given to the arbitrators, the International Justice Chief reviews it to determine if it should be allowed into evidence in accordance with Justice policy including, but not limited to, HCO PLs 22 July 1982, KNOWLEDGE REPORTS; 24 Feb. 1969, JUSTICE; 1 May 1965 I, STAFF MEMBER REPORTS; 7 June 1965, ENTHETA LETTERS AND THE DEAD FILE, HANDLING OF; 17 July 1966 II, EVIDENCE, ADMISSIBILITY OF IN HEARINGS, BOARDS OR COMMITTEES; and other applicable policies. If the document is not admissible, IJC marks it on the form, along with the basis for his determination.

| **A**<br>Exhibit No. | **B**<br>Description | **C**<br>Allowed as Evidence? | **D**<br>Grounds if Disallowed | **E**<br>Date/ Initials |
|---|---|---|---|---|
| 1. | Arbitration Request and Complaint submitted by Luis and Maria Rocio Garcia | ☑ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 2. | Letter from Claims Verification Board, including attachments:<br>• Suppressive Person Declare<br>• Participation Summary<br>• Participation Last 6 Months<br>• Letter from Treasury Chief CSRT<br>• Invoices from Church of Scientology of Orange County<br>• New Civilization Builders – Recent Contributors promo<br>• Luis Garcia letter to FSSO MAA re Rocio's actions in Scientology | ☑ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |

| **A**<br>Exhibit No. | **B**<br>Description | **C**<br>Allowed as Evidence? | **D**<br>Grounds if Disallowed | **E**<br>Date/Initials |
|---|---|---|---|---|
| | • Email from Luis Garcia of January 27, 2011 | | | |
| 3. | Enrollment Forms signed by Luis & Maria Rocio Garcia (FSO) | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 4. | Enrollment Form signed by Luis Garcia (FSSO) | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 5. | Enrollment Forms signed by Luis & Maria Rocio Garcia (OC) | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 6. | Donation forms signed by Luis & Maria Rocio Garcia (IAS and USIMT) | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 7. | Gift forms signed by Luis Garcia (CSRT) | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 8. | Timeline updated 10.15.17 with redactions | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 9. | Letter of November 6, 2010 from Luis Garcia | ☐ Yes<br>✓ No | ✓ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |

| **A**<br>Exhibit No. | **B**<br>Description | **C**<br>Allowed as Evidence? | **D**<br>Grounds if Disallowed | **E**<br>Date/Initials |
|---|---|---|---|---|
| 10. | 18 commends for donations made | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 11. | Unauthenticated handwritten document, 15/2/08 | ☐ Yes<br>✓ No | ✓ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 12. | Commendation from Tampa Org, 10 June 2003 | ☐ Yes<br>✓ No | ✓ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 13. | Commendation from ASI, 22 June 1999 | ☐ Yes<br>✓ No | ✓ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 14. | Summary and brief narrative | ☐ Yes<br>✓ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>✓ Other<br>NOT EVIDENCE | |
| 15. | Copies of miscellaneous LRH policies from OEC volumes | ☐ Yes<br>✓ No | ✓ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 16. | Declaration of Kenneth Weber | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |

| **A** Exhibit No. | **B** Description | **C** Allowed as Evidence? | **D** Grounds if Disallowed | **E** Date/ Initials |
|---|---|---|---|---|
| 17. | Unauthenticated report on the Missions of COS | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 18. | ASHO letter of May 25, 2009 with handwritten notations | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 19. | Unauthenticated, undated, pictures of new churches with handwritten note | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ✓ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 20. | Picture of Milano Org | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ✓ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 21. | Picture of Anaheim mission | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ✓ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 22. | Dear Humanitarian letter, 2 November 2010 | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ✓ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 23. | Unauthenticated, alleged print-out, "Former Church of Scientology members…" | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |

| **A** Exhibit No. | **B** Description | **C** Allowed as Evidence? | **D** Grounds if Disallowed | **E** Date/ Initials |
|---|---|---|---|---|
| 24. | Print out from squirrel group "friendsoflrh.org" – The public stays away from orgs in droves | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 25. | Unauthenticated Command Channels of Scientology | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 26. | West Allis Police Department Incident Report | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 27. | West Allis Police Department Supplemental Report | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 28. | Unauthenticated letter, "Dear Friend" – 6 pages | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☑ Entheta  ☐ Other | |
| 29. | Typewritten one page – Aims of Scientology | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 30. | Tampa Bay Times article, 29 September 2012 | ☐ Yes  ☑ No | ☑ Irrelevant  ☑ Hearsay  ☐ Entheta  ☐ Other | |

| **A** Exhibit No. | **B** Description | **C** Allowed as Evidence? | **D** Grounds if Disallowed | **E** Date/ Initials |
|---|---|---|---|---|
| 31. | To Whom It May Concern, Seattle WA, October 17, 2017 by Lynne Hoverson and Bert Schippers | ✓ Yes <br> ☐ No | ☐ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 32. | Tampa Bay Times article, 20 November 2011 | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ✓ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 33. | "Official Scientology Refund Policy (as explained to the IRS)" | ☐ Yes <br> ✓ No | ☐ Irrelevant <br> ✓ Hearsay <br> ☐ Entheta <br> ✓ Other <br> Un Authentic | |
| 34. | Apparent partial Declaration of Peter Mansell, 6 March 2013 | ✓ Yes <br> ☐ No | ☐ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 35. | Alleged policy letter of 18 October 1967 | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ✓ Other <br> Compelled | |
| 36. | Declaration of Mark Rathbun | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |
| 37. | Unauthenticated, alleged SPD regarding memberships | ☐ Yes <br> ✓ No | ✓ Irrelevant <br> ☐ Hearsay <br> ☐ Entheta <br> ☐ Other | |

| **A** Exhibit No. | **B** Description | **C** Allowed as Evidence? | **D** Grounds if Disallowed | **E** Date/ Initials |
|---|---|---|---|---|
| 38. | SPD 26 Jan 1997 | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 39. | Alleged HCO PL 24 September 1970RA, Issues—Types Of | ☑ Yes  ☐ No | ☐ Irrelevant  ☐ Hearsay  ☐ Entheta  ☑ Other  Incomplete copy | |
| 40. | SPD 23 Feb 1982, A New Issue Type, Scientology Policy Directives | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 41. | SPD 13 March 1996, Return of Donations | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☑ Other  Issue is in – opinion irrelevant | |
| 42. | HCO PL 23 September 1970, Quarters, Policy Regarding Historical | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 43. | Magazine from Orange County Org, 2011 | ☐ Yes  ☑ No | ☑ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |
| 44. | IJC letter from October 11, 2012 to Robert Berrington | ☑ Yes  ☐ No | ☐ Irrelevant  ☐ Hearsay  ☐ Entheta  ☐ Other | |

| A<br>Exhibit No. | B<br>Description | C<br>Allowed as Evidence? | D<br>Grounds if Disallowed | E<br>Date/Initials |
|---|---|---|---|---|
| 45. | Letter from Commanding Officer CLO WUS of 29 October 2010 | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 46. | Letter of August 23, 2012 from FLB Justice Chief to Gerhard Waterkamp | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 47. | Email thread between Luis Garcia and Marie Murillo, June 14, 2011 | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 48. | Letter of May 2, 2012 to Mr. & Mrs. Richards from FLB Justice Chief | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 49. | Letter of September 17, 2013 to Janet Akpobome from FLB Justice Chief | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 50. | Letter of August 29, 2012 to Randall Wise from FLB Justice Chief | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 51. | Letter from Luis Garcia to Flag, January 10, 2010 | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |

| **A** Exhibit No. | **B** Description | **C** Allowed as Evidence? | **D** Grounds if Disallowed | **E** Date/ Initials |
|---|---|---|---|---|
| 52. | Letter from Luis Garcia to Flag, December 7, 2010 | ✓ Yes ☐ No | ☐ Irrelevant ☐ Hearsay ☐ Entheta ☐ Other | |
| 53. | Letter from FLB Justice Chief to Luis and Maria Garcia, December 31, 2010 | ✓ Yes ☐ No | ☐ Irrelevant ☐ Hearsay ☐ Entheta ☐ Other | |
| 54. | Letter from FLB Justice Chief to Luis and Maria Garcia, January 17, 2011 | ✓ Yes ☐ No | ☐ Irrelevant ☐ Hearsay ☐ Entheta ☐ Other | |
| 55. | Letter from Garcias to Church of Scientology Orange County Treasurer of December 7, 2010 | ✓ Yes ☐ No | ☐ Irrelevant ☐ Hearsay ☐ Entheta ☐ Other | |
| 56. | Letter from Garcias to Church of Scientology Orange County Treasurer, January 10, 2010 | ✓ Yes ☐ No | ☐ Irrelevant ☐ Hearsay ☐ Entheta ☐ Other | |
| 57. | SP Declare of Luis and Maria Rocio Garcia of 20 November 2010 | ☐ Yes ✓ No | ☐ Irrelevant ☐ Hearsay ☐ Entheta ✓ Other — already in evidence see #2 | |
| 58. | Unauthenticated, typewritten statement from Cindy Plahuta | ☐ Yes ✓ No | ✓ Irrelevant ☐ Hearsay ✓ Entheta ✓ Other — undated, unsigned | |

SCIENTOLOGY RELIGIOUS ARBITRATION

| A<br>Exhibit No. | B<br>Description | C<br>Allowed as Evidence? | D<br>Grounds if Disallowed | E<br>Date/Initials |
|---|---|---|---|---|
| 59. | Ideal Org flier, copyright 2010 | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 60. | Ideal Org flier, no date | ✓ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 61. | Timeline for Super Power, Luis & Rocio Garcia  *redacted and admitted* | ☐ Yes<br>✓ No  *partial* | ☐ Irrelevant<br>✓ Hearsay<br>☐ Entheta<br>✓ Other  NOT EVIDENCE | |
| 62 | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 63 | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 64. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |
| 65. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other | |

| **A** Exhibit No. | **B** Description | **C** Allowed as Evidence? | **D** Grounds if Disallowed | **E** Date/ Initials |
|---|---|---|---|---|
| 66. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other<br>_____ | |
| 67. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other<br>_____ | |
| 68. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other<br>_____ | |
| 69. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other<br>_____ | |
| 70. | | ☐ Yes<br>☐ No | ☐ Irrelevant<br>☐ Hearsay<br>☐ Entheta<br>☐ Other<br>_____ | |

SIGNATURE: _Mike Ellis_ (signature)     DATE: 23 OCT 17