SCIENTOLOGY POLICY DIRECTIVE
13 MARCH 1996
ISSUE I

CHURCHES & MISSIONS

*SQUIRREL*

## RETURN OF DONATIONS

The Scientology religion is supported by the donations of its many parishioners. In this respect, Scientology is no different from other churches whose members support their operating expenses as well as the missionary work that is an inherent part of the activities of a religious group. Scientologists progressing on The Bridge to spiritual freedom are happy to contribute so that others may also achieve spiritual gains and the benefits of the Church's charitable community programs.

It may happen that a parishioner decides that he no longer wishes to participate in the activities of the Church of Scientology, usually because his motivation in seeking services was something other than spiritual improvement. Under certain circumstances, the Church of Scientology to which the parishioner made his or her donation may return all or a portion of the person's donations to him provided his request is approved by the Claims Verification Board which verifies 1) that the donation was actually received by the Church, 2) that the person meets the criteria for return and 3) that the person has availed himself of all remedies to resolve his or her upsets with the religion. Failure to follow this procedure or any deviation from it, such as by seeking to involve third parties, including attorneys, immediately ends the procedure and the Church will take no further actions to return the funds.

A return of donation is neither a legal right of a parishioner, nor a legal obligation of any Church. To the Church, the issue of a return of a donation is one of integrity rather than a contractual matter, based on ethics rather than law. It is a matter of pride that perhaps uniquely among all religions, we will decide under particular and compelling circumstances to return a donation. This usually occurs where the person is unqualified to participate in the Church service and therefore unable to receive it. Return of donations also occurs where, after following exact and prescribed remedial procedures, we conclude that we are not able to help the person to the expected degree. Unfortunately, in the past, a few unscrupulous individuals have attempted to take advantage of our sense of fairness, but our pride in being fair and our dedication to being ethical transcend the underhanded efforts of opportunists. We are fair beyond what any religion has been, and we will remain that way in this and every regard.

The Church does not view the act of requesting a return of donation as a light matter. Donations are accepted in good faith and used to support the Church's many activities to bring about a new and ethical civilization. These objectives are impeded when donations are returned. Due to the seriousness of the matter, the Church does not allow persons who have received a return of donations to again participate in Scientology services. It is impossible for someone who has not resolved his upsets to be helped by the services in any event.

The above must be made clear by registrars and anyone conducting fund-raising activities for the Church. A donation is by definition a gift and is not something that one gives with the expectation of getting it back. No church staff member may ever suggest the possibility that the parishioner may be able to have his donations returned as an inducement to obtain donations for the simple reason that it is not true — such returns are purely at the Church's discretion. The spiritual benefits of the Scientology religion across the dynamics are more than sufficient reason for persons to contribute money to the Church.

Anyone observing a violation of this policy letter should immediately report the matter to the Ethics Officer of the local church.

Our spiritual technology makes it possible for individuals to resolve their upsets and to once again move forward on the road to truth. Application of this policy will ensure that many more do so.

THE BOARD OF DIRECTORS OF
CHURCH OF SCIENTOLOGY
INTERNATIONAL

© 1996 CSI. All Rights Reserved. SCIENTOLOGY and THE BRIDGE are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGIST is a collective membership mark designating members of the affiliated churches and missions of Scientology. Printed in U.S.A.