

# SCIENTOLOGY RELIGIOUS ARBITRATION

October 23, 2017

*In the Matter of the Arbitration with:*

Luis & Maria Rocio Garcia

## RELIGIOUS ARBITRATION FINDINGS FORM

(TO BE COMPLETED BY THE ARBITRATORS)

The Garcias have made the following claims for refunds of certain donations and payments as follows:

I. Returns of advance donations (repayment) for services and payments for accommodations, as follows:

A. $37,413.56 from the Church of Scientology Flag Service Org (FSO) for services and religious retreat accommodations the Garcias did not avail themselves of.

B. $31,445.45 from the Church of Scientology Flag Ship Service Org (FSSO) for services and religious retreat accommodations the Garcias did not avail themselves of.

C. $10,000 from the Church of Scientology of Orange County (Orange County Org) for donations for services the Garcias did not avail themselves of.

II. $40,410 from the International Association of Scientologists (IAS) and US IAS Members Trust (USIMT) for membership donations.

III. $340,000 from the Church of Scientology Religious Trust (CSRT) for donations to the Super Power project (Flag building).

IV. $510,000 from Orange County Org for donations to the Ideal Org fund.

We, as the arbitrators duly appointed, and having deliberated on the claims presented, find as follows:

I. WITH RESPECT TO ADVANCE DONATIONS FOR SERVICES TO FSO, FSSO, AND ORANGE COUNTY ORG

1. Did the Garcias sign standard Church Enrollment Forms while they were members of the Church?

    ☒ Yes  ☐ No

2. In the signed Enrollment Forms, did the Garcias agree that "No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make," and that they had read Scientology Policy Directive of 13 March 1996, RETURN OF DONATIONS?

    ☒ Yes  ☐ No

3. In the signed Enrollment Forms, did the Garcias agree that a return of donations for religious services may be obtained only through strict compliance with the policies and procedures relating to the Claims Verification Board (CVB)?

    ☒ Yes  ☐ No

4. In the signed Enrollment Forms, did the Garcias agree that the CVB procedures require their direct participation to the exclusion of any third parties, including attorneys; that "returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board; and that any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation"?

    ☒ Yes  ☐ No

5. In the signed Enrollment Forms, did the Garcias agree to use only ecclesiastical justice procedures and not go to court to resolve any dispute with any Church of Scientology, as required by paragraphs 6(a)-(d) of the enrollment agreements?

    ☒ Yes  ☐ No

FSO ADVANCE DONATIONS

6. Did the Garcias sign Enrollment Forms with FSO before taking services at that Church?

    ☒ Yes  ☐ No

7. Did the Garcias make a request to the CVB for a repayment of their donations to FSO within three months following their last service?

    ☐ Yes  ☒ No

8. With respect to their donations to FSO, did the Garcias complete each step of a CVB Routing Form and follow the full procedures of the Claims Verification Board, including receiving a C/S 53 and Green Form and addressing their ARC breaks and missed withholds?

    ☐ Yes  ☒ No

9. With respect to their donations to FSO, did the Garcias involve third parties such as attorneys in their attempts to obtain a refund?

   ☒ Yes  ☐ No

10. With respect to the Garcias' donations to FSO, did the CVB approve their refund?

    ☐ Yes  ☒ No

11. Did the Garcias ask for a repayment of donations from FSO for services or for payments for accommodations they did not avail themselves of, when the reason for the services and accommodations being undelivered was their public resignation from Scientology?

    ☒ Yes  ☐ No

12. With respect to the Garcias' donations to FSO, did they attempt to resolve their dispute with FSO by making a request for Scientology internal ethics and justice procedures including submitting a request to the IJC, as required under paragraph 6(d) of the enrollment agreement?

    ☐ Yes  ☒ No

FSSO (the Ship) ADVANCE DONATIONS

13. Did Luis Garcia sign Enrollment Forms with Church of Scientology Flag Ship Service Organization (the Ship) before taking services at that Church?

    ☒ Yes  ☐ No

14. Did the Garcias make a request to the CVB for a repayment of their donations to the Ship within three months following their last service?

    ☐ Yes  ☒ No

15. With respect to their donations to the Ship, did the Garcias complete each step of a CVB Routing Form and follow the full procedures of the Claims Verification Board, including receiving a C/S 53 and Green Form and addressing their ARC breaks and missed withholds?

    ☐ Yes  ☒ No

16. With respect to their donations to the Ship, did the Garcias involve third parties such as attorneys in their attempts to obtain a refund?

    ☒ Yes  ☐ No

17. With respect to the Garcias' donations to the Ship, did the CVB approve their refund?

    ☐ Yes    ☒ No

18. Did the Garcias ask for a repayment of donations from the Ship for services or for payments for accommodations they did not avail themselves of, when the reason for the services and accommodations being undelivered was their public resignation from Scientology?

    ☒ Yes    ☐ No

19. With respect to the Garcias' donations to the Ship, did they attempt to resolve their dispute with the Ship by making a request for Scientology internal ethics and justice procedures including submitting a request to the IJC, as required under paragraph 6(d) of the enrollment agreement?

    ☐ Yes    ☒ No

ORANGE COUNTY ORG ADVANCE DONATIONS

20. Did the Garcias sign Enrollment Forms with the Orange County Org before taking services at that Church?

    ☒ Yes    ☐ No

21. Did the Garcias make a request to the CVB for a repayment of their donations to the Orange County Org within three months following their last service?

    ☐ Yes    ☒ No

22. With respect to their donations for religious services to the Orange County Org, did the Garcias complete each step of a CVB Routing Form and follow the full procedures of the Claims Verification Board, including receiving a C/S 53 and Green Form and addressing their ARC breaks and missed withholds?

    ☐ Yes    ☒ No

23. With respect to their donations for religious services to the Orange County Org, did the Garcias involve third parties such as attorneys in their attempts to obtain a refund?

    ☒ Yes    ☐ No

24. With respect to the Garcias' donations for religious services to the Orange County Org, did the CVB approve their refund?

    ☐ Yes    ☒ No

25. Did the Garcias ask for a repayment of donations from the Orange County Org for services they did not avail themselves of, when the reason for the services being undelivered was their public resignation from Scientology?

☒ Yes  ☐ No

26. With respect to the Garcias' donations to the Orange County Org, did the Garcias attempt to resolve their dispute with Orange County by making a request for Scientology internal ethics and justice procedures including submitting a request to the IJC, as required under paragraph 6(d) of the enrollment agreement?

☐ Yes  ☒ No

II. IAS DONATIONS

27. Does HCOPL 1 Aug. 1966, REFUND ADDITION permit return of membership donations to the IAS and USIMT?

☐ Yes  ☒ No

28. Did Luis or Maria Garcia sign donation forms and other documents acknowledging that their membership donations to the IAS and United States IAS Members Trust (USIMT), made to advance, protect and support the Scientology religion and Scientologists, were non-refundable?

☒ Yes  ☐ No

29. Do the Garcias support their claims for return of their IAS donations based upon alleged representations with written evidence as required by HCOPL 9 Feb. 1979R II, HOW TO DEFEAT VERBAL TECH CHECKLIST?

☐ Yes  ☒ No

30. With respect to the Garcias' donations to the IAS or to USIMT, prior to filing their lawsuit did they attempt to resolve their dispute by making a request for Scientology internal ethics and justice procedures including submitting a request to the IJC, as required under paragraph 6(d) of the enrollment agreement?

☐ Yes  ☒ No

31. Do you find that the Garcias claims that they were misled by fundraisers for IAS/US IMT to be credible (yes) or not credible (no)?

☐ Yes  ☒ No

### III. CSRT DONATIONS FOR SUPER POWER PROJECT

32. Does Scientology Policy Directive 3 Oct. 2003, BUILDING DONATIONS permit return of donations made to the Super Power Project?

    ☐ Yes  ☒ No

33. Did Luis or Maria Garcia sign a donation gift form acknowledging that their donations to CSRT to forward the purpose of the Church of Scientology Religious Trust to expand the religion of Scientology and for the Super Power Project (Flag Building construction) were non-refundable?

    ☒ Yes  ☐ No

34. Do the Garcias support their claims for return of their Super Power Project donations based upon alleged representations with written evidence as required by HCOPL 9 Feb. 1979R II, HOW TO DEFEAT VERBAL TECH CHECKLIST?

    ☐ Yes  ☒ No

35. With respect to the Garcias' donations for the Super Power Project, prior to filing their lawsuit did they attempt to resolve their dispute with CSRT or Flag by making a request for Scientology internal ethics and justice procedures including submitting a request to the IJC, as required under paragraph 6(d) of the enrollment agreement?

    ☐ Yes  ☒ No

36. Do you find that the Garcias' claims that they were misled by fundraisers for the Super Power building project to be credible (yes) or not credible (no)?

    ☐ Yes  ☒ No

### IV. ORANGE COUNTY BUILDING DONATIONS

37. Does Scientology Policy Directive 3 Oct. 2003, BUILDING DONATIONS permit return of donations made for the Orange County Ideal Org?

    ☐ Yes  ☒ No

38. With respect to the Garcias' donations for the Orange County Ideal Org building, did they attempt to resolve their dispute with the Orange County Org by making a request for Scientology internal ethics and justice procedures including submitting a request to the IJC as required under paragraph 6(d) of the enrollment agreement?

    ☐ Yes  ☒ No

39. Do you find that the Garcias' claims that they were misled by fundraisers for the Orange County Ideal Org building to be credible (yes) or not credible (no)?

☐ Yes  ☒ No

## SIGN BELOW,
## THEN CONTINUE TO RELIGIOUS ARBITRATION DECISION FORM.

SIGNATURE: _____  DATE: 24 Oct 17

SIGNATURE: _____  DATE: 24 Oct 2017

SIGNATURE: Michael R. Owess  DATE: 24 Oct 2017

SCIENTOLOGY RELIGIOUS ARBITRATION                                            7