

# SCIENTOLOGY RELIGIOUS ARBITRATION

October 23, 2017

*In the Matter of the Arbitration with:*

    Luis & Maria Rocio Garcia

## RELIGIOUS ARBITRATION DECISION FORM

(TO BE COMPLETED BY THE ARBITRATORS)

The Garcias have made the following claims for refunds of certain donations and payments as follows:

I. Returns of advance donations (repayment) for services and payments for accommodations, as follows:

    A. $37,413.56 from the Church of Scientology Flag Service Org (FSO) for services and religious retreat accommodations the Garcias did not avail themselves of.

    B. $31,445.45 from the Church of Scientology Flag Ship Service Org (FSSO) for services and religious retreat accommodations the Garcias did not avail themselves of.

    C. $10,000 from the Church of Scientology of Orange County (Orange County Org) for donations for services the Garcias did not avail themselves of.

II. $40,410 from the International Association of Scientologists (IAS) and US IAS Members Trust (USIMT) for membership donations.

III. $340,000 from the Church of Scientology Religious Trust (CSRT) for donations to the Super Power project (Flag building).

IV. $510,000 from Orange County Org for donations to the Ideal Org fund.

---

1. Pursuant to Church policy, do the Garcias qualify for a repayment of any part of their donations to Church of Scientology Flag Service Organization for services they did not avail themselves of?

    ☐ Yes    ☒ No

If so, fill in the amount: _____

2. Pursuant to Church policy, do the Garcias qualify for a repayment of any part of their donations to Church of Scientology Flag Ship Service Organization for services they did not avail themselves of?

    ☐ Yes    ☒ No

If so, fill in the amount: _____

3. Pursuant to Church policy, do the Garcias qualify for a repayment of any part of their donations to Church of Scientology Orange County for services they did not avail themselves of?

☐ Yes    ☒ No

If so, fill in the amount: _____

4. Pursuant to Church policy, do the Garcias qualify for a refund of any part of their donations to Church of Scientology Religious Trust (CSRT)?

☐ Yes    ☒ No

If so, fill in the amount: _____

5. Pursuant to Church policy, do the Garcias qualify for a refund on any part of their donations to the International Association of Scientologists or the United States IAS Members' Trust?

☐ Yes    ☒ No

If so, fill in the amount: _____

6. Should any part of the Garcias' advance payments for accommodations at religious retreats they have not availed themselves of be returned?

☒ Yes    ☐ No

If so, fill in the amount: $18,495.36

SIGNATURE: _[signature]_    DATE: 24 Oct 17

SIGNATURE: _[signature]_    DATE: 24 Oct 2017

SIGNATURE: _[signature]_    DATE: 24 Oct 2017

Accepted by International Justice Chief:

SIGNATURE: _[signature]_    DATE: 24 Oct 2017

# LUIS & MARIA (ROCIO) GARCIA

## ACCOMMODATIONS

| | |
|---|---:|
| Accommodations at the FSO religious retreat for which the Garcias did not avail themselves | $2,334.01 |
| Accommodations at the FSSO religious retreat for which the Garcias did not avail themselves | $16,161.35 |
| Accommodations Total | $18,495.36 |