

# CHURCH OF SCIENTOLOGY INTERNATIONAL

## INTERNATIONAL JUSTICE CHIEF

October 26, 2017

Luis and Maria Garcia
6 Corona
Irvine, Calif., 92603

**Re: Scientology Religious Arbitration**

Dear Mr. & Mrs. Garcia;

Enclosed you will find the Findings and Decision from the religious arbitration you requested, held October 23rd and 24th. Also included are two checks totaling $18,495.36. This amount reflects the decision of the arbitrators to refund advance payments for accommodations: $2,334.01 from FSO and $16,161.35 from FSSO.

Sincerely,

Mike Ellis
International Justice Chief

Enclosures:
1. Religious Arbitration Findings Form
2. Religious Arbitration Decision Form
   with attachment (Accommodations)
3. Check from FSO
4. Check from FSSO

---

6331 Hollywood Boulevard, Los Angeles, CA 90028 USA



**MAJESTIC CRUISE LINES**
A NOT FOR PROFIT ORGANIZATION
A Division of the Church of Scientology
Flag Ship Service Organization, Inc.

118 N FORT HARRISON AVE.
CLEARWATER, FL 33755-4040 USA
(727) 445-4309
RESERVE PAYMENT ACCOUNT

010165

\*\*Sixteen Thousand One Hundred Sixty-One and 35/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAY TO THE ORDER OF
Luis Garcia
999 MUIRLANDS BLVD
IRVINE, CA 92618-2508

NUMBER: 10165
DATE: 25-Oct-2017
U.S. $ AMOUNT: \*\*\*\*16,161.35

SunTrust of Tampa Bay
Clearwater Square Office
Clearwater, FL 34616

63-215/631

FOR: DV# SRP  7463
RELIGIOUS ARBITRATION FOR LUIS & MARIA GARCIA

VOID AFTER 90 DAYS

⑈010165⑈ ⑆063102152⑆ 1000000567890⑈

© 1996 CS FSSO, INC. ALL RIGHTS RESERVED. SCIENTOLOGY and FLAG are trademarks and service marks owned by the Religious Technology Center and are used with its permission. Freewinds ship is registered in Panama. Printed in the U.S.A.

---

**CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION**
503 Cleveland St, Clearwater, Florida, 33755    (727) 461-1282

003538
63-4/630

FLAG CREW CVB ACCOUNT
\*\*\*Two Thousand Three Hundred Thirty-Four and 01/100 Dollars\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAY TO THE ORDER OF
Luis Garcia
999 MUIRLANDS BLVD
IRVINE, CA 92618-2508

NUMBER: 3538
DATE: 24-Oct-2017
AMOUNT: US $2,334.01

Bank of America, N.A. Regional Center
P.O. Box 31019, Tampa, FL 33631-3019

FOR DV# FCV 1390

RE: Religious Arbitration for Luis & Maria Garcia

© 2013 CSFSO. All Rights Reserved.

⑈003538⑈ ⑆063000047⑆ 001263336137⑈