UNITED STATES DISTRIST COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS A. GARCIA SAZ, and wife, MARIA
DEL ROCIO BURGOS GARCIA,

    Plaintiffs,

vs.                                      CASE NO. 8:13-CV-220-T27 TBM

CHURCH OF SCIENTOLOGY RELIGIOUS
TRUST; CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.; CHURCH
OF SCIENTOLOGY FLAG SHIP SERVICE
ORGANIZATION, INC. d/b/a MAJESTIC
CRUISE LINES; IAS ADMINISTRATIONS, INC.;
U.S. IAS MEMBERS TRUST.

    Defendants.
_____/

## DECLARATION OF GARY SOTER

    I, Gary S. Soter, a resident of Calabasas, California, being over the age of 18, depose and say:

    1.    I have personal knowledge of the facts set forth below, and if called upon to do so, could and would testify competently to these facts.

    2.    I am an attorney at law duly licensed to practice law in all of the courts of the state of California. I am General Counsel for the Church of Scientology International.

    3.    I was present in the building where the Garcia religious arbitration occurred as a cautionary measure, in case there were attempts by third parties to disrupt the arbitration. I also was there in case legal questions were raised by Mr. Babbitt, in anticipation that he would attend the hearing.,

    4.    I did not participate in or attend any portion of the arbitration. I never

met, spoke to, or otherwise communicated with the arbitrators before, during or after the arbitration hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2018 in Los Angeles, California.

_____
Gary S. Soter