# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Keshia M. Jones<br>Tampa Division Manager |

**DATE:** April 5, 2019

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

MARIA DEL ROCIO BURGOS GARCIA and LUIS A. GARCIA SAZ,

    Plaintiffs,

v.                                                                                        Case No: 8:13-cv-220-T-27TBM

CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. and CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.,

    Defendants.

**U.S.C.A. Case No.:**      18-13452-AA

- Record as Requested: 1 Volume (Sealed Pleading)

ELIZABETH M. WARREN, CLERK

By:   s/B. Napier, Deputy Clerk